IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00196 |
| | ) | |
| | ) | |
| DARRON DEVEDRICK BEAN | ) | |

### UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

Comes Now the United States of America by Robert E. McGuire, Acting United States Attorney, and Herbert L. Bunton III, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C). For cause, the United States submits that the Defendant is charged in the Indictment with a narcotics offense for which a maximum term of imprisonment of ten years or more is prescribed as well as possessing a firearm in furtherance of a drug trafficking crime. As such, since these offenses are enumerated under § 3142(f)(1), the Government requests a detention hearing on this matter.

Additionally, the United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(A) & (B) – a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter.

The United States would proffer the defendant poses a danger to the community and others. The defendant has numerous Aggravated Burglary felony convictions in Tennessee. The defendant also has a Second-Degree Burglary felony conviction from Kentucky. The defendant possessed a large amount of fentanyl with respect to the pending charges. Additionally, the

defendant, a convicted felon, also possessed a firearm. The defendant's actions and criminal history demonstrate he poses a danger to the community and others.

The United States also respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

                                      Respectfully submitted,

                                      ROBERT E. McGUIRE
                                      Acting United States Attorney

By:    */s/ Herbert L. Bunton III*
        Herbert L. Bunton III
        Assistant U.S. Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 7th day of January, 2025.

                                      */s/ Herbert L. Bunton III*
                                      Herbert L. Bunton III